UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH E. DUMONT, | No. 2:17-cv-1423 TLN KJN P |
| Petitioner, | |
| v. | ORDER |
| D. BORDERS, | |
| Respondent. | |

Petitioner is a state prisoner, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Both parties consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). Respondent filed a motion to dismiss this action on the grounds that it was filed beyond the statute of limitations contained in 28 U.S.C. § 2244(d). Petitioner filed an opposition in which he claimed that the case law relied upon by respondent was not available to petitioner at his prison. (ECF No. 17 at 4.) Despite such claim, petitioner filed an opposition, accompanied by 157 pages of exhibits, and relied on Arthur v. Allen, 452 F.3d 1234, 1253 (11th Cir. 2006).

It is unclear what legal authorities petitioner needed to access to oppose respondent's motion. Rather, it appears that the ruling on the motion to dismiss turns on dates and other facts that do not require legal research, but are facts within petitioner's own knowledge. Nonetheless, the court will grant petitioner a brief extension of time to file a supplemental opposition to

1

address respondent's legal authorities, if petitioner wishes. Such supplemental opposition is optional. If petitioner files nothing further, the court will address the motion as presently briefed. If petitioner files a supplemental opposition, respondent is granted fourteen days thereafter in which to file a reply.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner is granted twenty-one days from the date of this order in which to file a supplemental opposition; and

2. Respondent's reply, if any, shall be filed fourteen days thereafter.

Dated: May 4, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/dumo1423.fb