UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH E. DUMONT, | No. 2:17-cv-1423 KJN P |
| Petitioner, | |
| v. | ORDER |
| D. BORDERS, | |
| Respondent. | |

Petitioner is a state prisoner, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Both parties consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). By order filed June 5, 2018, the parties were advised that the instant action proceeds solely on petitioner's challenge to his 2012 criminal threats conviction in El Dorado County Superior Court No. P12CRF0264 on the grounds of whether petitioner's no contest plea was coerced or involuntary based on the reasons petitioner set forth in his prior federal petition in 2:13-cv-2541 CMK, and he was granted leave to file an amended petition. (ECF No. 21 at 18.) Petitioner was cautioned that he may not include any other grounds or claims, or refer to any other conviction, in his amended petition.

After the order issued, but before petitioner received it, petitioner signed a document styled, "Motion to Show Cause," again complaining of the delay incurred in the prior federal habeas proceedings, as well as a motion to stay asking the court not to dismiss the case until it

1

reviewed the docket of his prior federal habeas proceedings in 2:13-cv-2541 CMK. Both of these filings were signed on June 6, 2018, before petitioner received the June 5, 2018 order. In the June 5 order, the undersigned addressed the delay in petitioner's prior federal habeas proceeding. Therefore, petitioner's motions are denied as moot.

On June 14, 2018, petitioner filed a first amended petition. The undersigned has screened the amended petition and finds it comports with the June 5, 2018 order. Because petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondent is directed to file a response to the first amended habeas petition.

On June 25, 2018, petitioner filed another petition for writ of habeas corpus, with a letter explaining that he was sending this petition only if his recent amended petition is not accepted, and that the court should only accept this second petition if the amended writ is not accepted. (ECF No. 27 at 16.) Because petitioner's amended petition was accepted, the undersigned strikes the second amended petition as unnecessary.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motions (ECF Nos. 25 & 26) are denied as moot;

2. Respondent is directed to file a response to petitioner's first amended habeas petition (ECF No. 24) within sixty days from the date of this order. See Rule 4, 28 U.S.C. foll. § 2254. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. See Rule 5, 28 U.S.C. foll. § 2254;

3. If the response to the amended habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

4. If the response to the amended habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondent's reply, if any, shall be filed and served within fourteen days thereafter; and

////

////

////

5. The Clerk of the Court is directed to strike the second amended petition (ECF No. 27) as unnecessary.

Dated: July 10, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/dumo1423.100