UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH E. DUMONT,<br><br>    Petitioner,<br><br>v.<br><br>D. BORDERS,<br><br>    Respondent. | No. 2:17-cv-1423 KJN P<br><br><br>ORDER |

Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel.

In addition, petitioner claims that he does not have access to the "legal court summary." (ECF No. 35 at 1.) It is not clear what petitioner is referring to, but in an effort to assist petitioner, the court will summarize the current status of his case.

As stated in the July 10, 2018 order, this action proceeds solely on petitioner's challenge to his 2012 criminal threats conviction in El Dorado County Superior Court No. P12CRF0264 on the grounds of whether petitioner's no contest plea was coerced or involuntary based on the

| | |
|---|---|
| 1 | reasons petitioner set forth in his prior federal petition in 2:13-cv-2541 CMK. Such claim is set |
| 2 | forth in petitioner's June 14, 2018 amended petition. (ECF No. 24.) Specifically, petitioner |
| 3 | claims his plea was coerced because at the time he entered his plea he had no reading glasses and |
| 4 | he was medicated. (ECF No. 24 at 4.) |
| 5 |     On September 7, 2018, respondent filed an answer. Thus, if petitioner wishes to file a |
| 6 | reply or traverse, it is due on or before October 7, 2018. |
| 7 |     Accordingly, IT IS HEREBY ORDERED that petitioner's request for appointment of |
| 8 | counsel (ECF No. 35) is denied without prejudice. |
| 9 | Dated: September 26, 2018 |

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

dumo1423.110(2)